EXHIBIT A

# CP CITY PRINTS

## SWATCH SHEET

**STYLE**   **2009/P11201**

**DESC  :** 100% RAYON CHALLIS W/PRINT

WIDTH  :  54/55"

1400 Broadway, Suite 1704  NEW YORK, NY 10018

Tel: (212) 354-7766   Fax: (212) 354-1950



C011

© 2015  MOD2 INC.

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-879-256

**Effective date of registration:**

October 15, 2013

---

## Title

**Title of Work:** PATTERN NUMBER:

P11201

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 30, 2013     **Nation of 1st Publication:** United States

## Author

**Author:** City Prints LLC

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** City Prints LLC

1400 Broadway, Suite 1704, New York, NY, 10018

## Certification

**Name:** Ryan Borg

**Date:** October 15, 2013

---

EXHIBIT C







6/5/2015                                    Application For a Registered Identification Number ("RN")



**Federal Trade Commission**
~~Protecting America's~~
Consumers

### Detail Information

| | |
|---|---|
| **RN Type:** | RN |
| **RN Number:** | 146343 |
| **Legal Name:** | SHOSHO FASHION, INC |
| **Company Name:** | SHOSHO FASHION, INC |
| **Business Type:** | DISTRIBUTOR |
| **Address Line 1:** | 2454 E 27TH ST |
| **City:** | VERNON |
| **State Code:** | CA |
| **Zip:** | 90058 |
| **Phone:** | 323-214 1718 Ext: 201 |
| **Fax:** | 323-214 1719 |
| **Product Line:** | PANTS, LEGGINGS |







# ROSS
### DRESS FOR LESS
La Quinta, CA
Phone: 760-771-1213

```
400122987690 NAVY EMBRD FLORAL      5.99 R
400128126109 BLK/TAUPE/WHT CHEV     8.99 R
Subtotal                           $14.98
Sales Tax 8.000%                    $1.20
Total                              $16.18
        Sold: 2  Returned: 0  Deleted: 0

                                   $16.18
Visa
   Card No. XXXXXXXXXXXXX5859 <S>
   8051440064800350860
   Auth. No. 551240

                 Cardholder
         Please Retain for Your Records

   Receipt #: 0648-03-1564-5143-5
   Tender Detail#: 1-01-0-08-001618
   Visa 00


        Receipt # 0648-03-1564-5143-5
```

```
          1-01-0-08-001618
```

```
Store: 0648      Reg: 03        Tran: 1564
Date: 05/23/15 Time: 08:10   Assoc: 679172
        Thank you for shopping at Ross!
                www.rossstores.com
**********************************************
             Like us on Facebook!
       www.facebook.com/RossDressforLess
**********************************************
            ROSS STORES is
```



# ROSS
## DRESS FOR LESS
La Quinta, CA
Phone: 760-771-1213

```
400122987690 NAVY EMBRD FLORAL       5.99 R
400128126109 BLK/TAUPE/WHT CHEV      8.99 R
Subtotal                            $14.98
Sales Tax 8.000%                     $1.20
Total                               $16.18
     Sold: 2  Returned: 0  Deleted: 0

                                    $16.18
Visa
   Card No. XXXXXXXXXXXXX5859 <S>
   8051440064800350860
   Auth. No. 551240

                  Cardholder
          Please Retain for Your Records

Receipt #: 0648-03-1564-5143-5
Tender Detail#: 1-01-0-08-001618
Visa 00


          Receipt # 0648-03-1564-5143-5
```

```
              1-01-0-08-001618
```

```
Store: 0648        Reg: 03        Tran: 1564
```