C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff, CITY PRINTS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS LLC, a New York Limited Liability Company;<br><br>    Plaintiff,<br><br>    vs.<br><br>SHOSHO FASHION, INC., a California Corporation; ROSS STORES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: 2:15-cv-05296-SVW (GJSx)<br><br>**STIPULATION FOR DISMISSAL**<br><br><br>Honorable Stephen V. Wilson |

## **STIPULATION**

WHEREAS the parties to the above-referenced action have reached a resolution of their disputed claims by way of confidential settlement and now wish to have a dismissal of this action.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CITY PRINTS LLC, and Defendants SHOSHO FASHION, INC. and ROSS STORES, INC. be dismissed with prejudice from the above-captioned action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1  Plaintiff and Defendants SHOSHO FASHION, INC. and ROSS STORES, INC. shall each
2 bear their own costs, expenses, and attorney's fees incurred to date in connection with any stage
3 of this proceeding.

Dated: December 1, 2015

           /s/*C. Yong Jeong*
C. Yong Jeong, Esq.
Attorney for Plaintiff CITY PRINTS LLC

Dated: December 1, 2015

  /s/ Robert Chong
Robert W. Chong, Esq.
Attorney for Defendants