FILED
CLERK, U.S. DISTRICT COURT
December 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS LLC, a New York Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>SHOSHO FASHION, INC., a California Corporation; ROSS STORES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: 2:15-cv-05296-SVW (GJSx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>Honorable Stephen V. Wilson |

### ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated: December 3, 2015

*/s/ Stephen V. Wilson*

_____
The Honorable Stephen V. Wilson
United States District Court Judge